**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6817**

---

GEORGE SAMUEL GREEN, JR.,

Plaintiff - Appellant,

versus

RON ANGELONE, Director of D.O.C.; MATTHEW P.
DULLAGHAN, Assistant Attorney General;
VIRGINIA PAROLE BOARD MEMBERS, Parole Decision
Makers,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (CA-01-255-2)

---

Submitted: September 6, 2001        Decided: September 13, 2001

---

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

George Samuel Green, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Samuel Green, Jr., appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Green v. Angelone</u>, No. CA-01-255-2 (E.D. Va. Apr. 19 & May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2